1022

[No. 74743-6-I.   Division One.   October 3, 2016.]

*In the Matter of the Marriage of* PERCASH RAMNATH, *Appellant*, and LING D. WANG, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-3-00880-9, Michael T. Downes, J., entered December 24, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 75235-9-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW GLENN GOINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04705-5, Vicki L. Hogan, J., entered June 25, 2015. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Cox, J.

[No. 47328-3-II.   Division Two.   October 4, 2016.]

*In the Matter of the Detention of* TROY BELCHER.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-02187-7, Marilyn K. Haan, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ. Now published at 196 Wn. App. 592.

[No. 47615-1-II.   Division Two.   October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. N.M., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-8-00028-4, James W. Lawler, J., entered May 19, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.